**FILED**
January 17, 2013
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
DEPUTY CLERK

UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 2:13-MJ-00013-DAD |
| Plaintiff, ) | |
| v. ) | ORDER FOR RELEASE OF |
| ) | PERSON IN CUSTODY |
| MAURISIO ANDRADE, ) | |
| Defendant. ) | |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release  MAURISIO ANDRADE , Case No.  2:13-MJ-00013-DAD , Charge  21 USC 841(a)(1) , from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

✔   Bail Posted in the Sum of $ 75,000.00

   ✔   Unsecured Appearance Bond co-signed by Judie Garcia and Monique Ballizia

   ___   Appearance Bond with 10% Deposit

   ___   Appearance Bond with Surety

   ___   Corporate Surety Bail Bond

   ✔   (Other) Pursuant to the special conditions of release stated on the record.

Issued at  Sacramento, CA  on  January 17, 2013  at  1:47 p.m.

By  _Dale A. Drozd_
Dale A. Drozd
United States Magistrate Judge

cc: USM