1  JOSEPH SCHLESINGER, Bar #87692
   Acting Federal Defender
2  JEFFREY L. STANIELS, Bar #91413
   Assistant Federal Defender
3  801 I Street, 3rd Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   LEO MARTINEZ-MARTINEZ

6

7                    IN THE UNITED STATES DISTRICT COURT

8                 FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,        )  No. 2:13-cr-024 GEB
                                    )
11               Plaintiff,         )
                                    )
12      v.                          )  STIPULATION AND [PROPOSED] ORDER
                                    )  CONTINUING CASE.
13 LEO MARTINEZ-MARTINEZ            )
   MAURISIO ANDRADE,               )
14                                  )
                 Defendants.        )  Date:  February 15, 2013
15                                  )  Time:  9:00 a.m.
   _____)  Judge: Hon. Garland E. Burrell, Jr.
16                                  )

17      **IT IS HEREBY STIPULATED** by and among Assistant United States

18 Attorney Olusere Olowoyeye, counsel for Plaintiff, Assistant Federal

19 Defender Jeffrey L. Staniels, counsel for Defendant LEO MARTINEZ-MARTINEZ

20 and acting on behalf of DANIEL KOUKOL, counsel for MAURISIO ANDRADE, that

21 the above case be vacated from this court's February 15, 2013, calendar,

22 and that it be continued until March 22, 2013, at 9:00 a.m. for status

23 conference.

24      Government Counsel has advised that discovery in the form of several

25 CDs, is being prepared for distribution sometime next week. The time

26 requested is intended to permit review of discovery, consultation with

27 clients, consideration of necessary investigation and motions, and other

28 defense preparation.

1    **IT IS FURTHER STIPULATED** that the interests of justice to be served

2  by granting this continuance outweigh the interests of the public and of

3  the defendants in a speedy trial.   Therefore the parties agree that time

4  for trial should be excluded between February 15, 2013 and March 22,

5  2013, pursuant to 18 U.S.C. § 3161(h)(7)(b)(iv), Local Code T-4.

6    **IT IS SO STIPULATED**.

7

8  Dated: February 14, 2013    */s/ Olusere Olowoyeye*
                                Olusere Olowoyeye
9                               Assistant United States Attorney
                                Counsel for Plaintiff
10

11
   Dated: February 14, 2013    */s/ Jeffrey L. Staniels*
12                              Jeffrey L. Staniels
                                Assistant Federal Defender
13                              Counsel for Defendant
                                LEO MARTINEZ-MARTINEZ
14

15 Dated: February 14, 2013    */S/Daniel Koukol*
                                Daniel Koukol
16                              Attorney for Defendant
                                MAURISIO ANDRADE
17

18

19

20

21

22

23

24

25

26

27

28

   Stipulation & Order
   Continuing Case              2

1

2                                    **O R D E R**

3        The above stipulation is hereby accepted.  The court finds that the

4   interests of justice served by granting this continuance outweigh the

5   interests of the public and the defendants in a speedy trial.  This

6   matter is ordered to be dropped from this court's criminal calendar on

7   February 15, 2013, and to be re-calendared for March 22, 2013, at 9:00

8   a.m.

9

10       **IT IS SO ORDERED**.

11  Dated:  February 14, 2013

12

13  _____
    GARLAND E. BURRELL, JR.
    Senior United States District Judge

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation & Order
Continuing Case                    3