```
 1  JOSEPH SCHLESINGER, Bar # 87692
    Acting Federal Defender
 2  JEFFREY L. STANIELS, Bar #91413
    Assistant Federal Defender
 3  801 I Street, 3rd Floor
    Sacramento, California 95814
 4  Telephone: (916) 498-5700

 5
    Attorney for Defendant
 6  LEO MARTINEZ-MARTINEZ
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 2:13-cr-0024 TLN |
|---|---|
| Plaintiff, | ) |
| v. | ) STIPULATION AND ORDER CALENDARING ) CASE |
| LEO MARTINEZ-MARTINEZ, MAURISIO ANDRADE | ) ) Date: June 6, 2013 ) Time: 9:30 a.m. |
| Defendants. | ) Judge: Troy L. Nunley |

**IT IS HEREBY STIPULATED** by and among Assistant United States Attorney Olusere Olowoyeye, counsel for Plaintiff, Daniel Koukol, counsel for Jesus Garibay, and Assistant Federal Defender Jeffrey L. Staniels, counsel for defendant, LEO MARTINEZ-MARTINEZ, that the above matter, recently reassigned to the Hon. Troy L. Nunley, be placed on calendar on June 6, 2013, for status conference.

**IT IS FURTHER STIPULATED** that time within which the trial of this matter must be commenced under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* should be excluded from the filing of this stipulation until June 6, 2013, pursuant to 18 U.S.C. § 3161(h)(7)(A) & (B)(iv) and Local

Code T-4.

**IT IS SO STIPULATED**.

Dated: May 1, 2013                    /S/ *Olusere Olowoyeye*
                                      Olusere Olowoyeye
                                      Assistant United States Attorney
                                      Counsel for Plaintiff

Dated: May 1, 2013                     /S/ *Jeffrey L. Staniels*
                                      Jeffrey L. Staniels
                                      Assistant Federal Defender
                                      Counsel for Defendant
                                      LEO MARTINEZ-MARTINEZ

Dated: May 1, 2013                     /S/Gilbert A. Roque
                                      Daniel Koukol
                                      Counsel for Defendant
                                      MAURISIO ANDRADE

**O R D E R**

Based on the above representations of counsel the court finds that the requested date for an appearance following reassignment to the undersigned is appropriate and is hereby ORDERED.  Time for trial under the Speedy Trial Act, 18 U.S.C. §§ 3161 *et. seq.,* is excluded from May 1, 2013 through June 6, 2013, pursuant to 18 U.S.C. §3161(h)(7(A) &(B)(iv) and Local Code T-4.

**IT IS SO ORDERED**.

                    By the Court,

Dated: May 13, 2013

_____
Troy L. Nunley
United States District Judge

Stipulation and Proposed Order    -2-