CLEMENTE M. JIMÉNEZ, SBN 207136
428 J Street, Suite 355
Sacramento, CA 95814
(916) 443-8055

Attorney for Defendant
LEO MARTINEZ-MARTINEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:13-cr-024 TLN |
|---|---|
| Plaintiff, | STIPULATION AND ORDER VACATING DATE, CONTINUING CASE, AND EXCLUDING TIME |
| v. | |
| LEO MARTINEZ-MARTINEZ, et al., | DATE:  June 6, 2013
TIME:   9:30 a.m.
JUDGE: Hon. Troy L. Nunley |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Assistant United States Attorney Olusere Olowoyeye, Counsel for Plaintiff, and Attorneys Clemente M. Jiménez, Counsel for Defendant LEO MARTINEZ-MARTINEZ, and Dan Koukol, counsel for Defendant MAURISIO ANDRADE, that the status conference presently scheduled for June 6, 2013, at 9:30 a.m., be vacated and the matter continued to this Court's criminal calendar on July 11, 2013, at 9:30 a.m. for further status conference.  Defense counsel for Mr. Martinez-Martinez was recently assigned to the case by the CJA panel, and received discovery just yesterday.  Counsel would like time to review the discovery and confer with Mr. Martinez-Martinez.  Furthermore, the government has indicated that there is additional discovery forthcoming.

IT IS FURTHER STIPULATED that time for trial under the Speedy Trial Act, 18 U.S.C. Section 3161 et seq. be tolled pursuant to Section 3161(h)(7)(A) and (B)(iv),

(Local code T-4), and that the ends of justice served in granting the continuance and allowing the defendants further time to prepare outweigh the best interests of the public and the defendant to a speedy trial.

DATED:   June 4, 2013          /S/   Olusere Olowoyeye_____
                               OLUSERE OLOWOYEYE
                               Attorney for Plaintiff

                               /S/   Clemente M. Jiménez_____
                               CLEMENTE M. JIMÉNEZ
                               Attorney for LEO MARTINEZ-MARTINEZ

                               /S/   Dan Koukol_____
                               DAN KOUKOL
                               Attorney for MAURISIO ANDRADE

## ORDER

IT IS SO ORDERED, that the status conference in the above-entitled matter, scheduled for June 6, 2013, at 9:30 a.m., be vacated and the matter continued to this court's criminal calendar on July 11, 2013, at 9:30 a.m. for further status conference. The Court finds that time under the Speedy Trial Act shall be excluded through that date in order to afford counsel reasonable time to prepare. Based on the parties' representations, the Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and the defendants to a speedy trial.

This 4th day of June, 2013

_____
Troy L. Nunley
United States District Judge