1  BENJAMIN B. WAGNER
United States Attorney
2  OLUSERE A. OLOWOYEYE
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2891
Facsimile:  (916) 554-2900

5

6

7  Attorneys for Plaintiff
United States of America

8

9                    IN THE UNITED STATES DISTRICT COURT

                     EASTERN DISTRICT OF CALIFORNIA
10

11

12  UNITED STATES OF AMERICA,                    CASE NO.  2:13-cr-0024 TLN

                              Plaintiff,
13

14                      v.                       **STIPULATION REGARDING EXCLUDABLE
                                                 TIME PERIODS UNDER SPEEDY TRIAL ACT;
    MAURISIO ANDRADE,                            FINDINGS AND ORDER**
15

                              Defendant.
16                                               Date: September 26, 2013
                                                 Time: 9:30 a.m.
17                                               Judge: TROY L. NUNLEY

18                                 **STIPULATION**

19       Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21       1.    By previous order, this matter was set for status on September 26, 2013.

22       2.    By this stipulation, defendant now moves to continue the status conference until October

23  17, 2013, at 9:30 a.m., for status conference/possible change of plea, and to exclude time between

24  September 26, 2013, and October 17, 2013, under Local Code T4.

25       3.    The parties agree and stipulate, and request that the Court find the following:

26             a)    The government has represented that the discovery associated with this case

27  includes investigative reports, video and audio surveillance footage and related documents on

28

1    electronic form.  This entire discovery has been produced directly to counsel.

2          b)      Counsel for defendant desires additional time to consult with his client, to conduct

3    investigation and research related to the charges, to review and copy discovery for this matter, and

4    to discuss potential resolutions with his client.

5          c)      Counsel for defendant believes that failure to grant the above-requested

6    continuance would deny him the reasonable time necessary for effective preparation, taking into

7    account the exercise of due diligence.

8          d)      The government does not object to the continuance.

9          e)      Based on the above-stated findings, the ends of justice served by continuing the

10   case as requested outweigh the interest of the public and the defendant in a trial within the

11   original date prescribed by the Speedy Trial Act.

12         f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161,

13   et seq., within which trial must commence, the time period of September 26, 2013 to October 17,

14   2013, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code

15   T4] because it results from a continuance granted by the Court at defendant's request on the basis

16   of the Court's finding that the ends of justice served by taking such action outweigh the best

17   interest of the public and the defendant in a speedy trial.

18   4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

19   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

20   must commence.

21         IT IS SO STIPULATED.

22   Dated:  September 19, 2013                    BENJAMIN B. WAGNER
                                                   United States Attorney

23

24                                                 /s/ OLUSERE A. OLOWOYEYE
                                                   OLUSERE A. OLOWOYEYE
25                                                 Assistant United States Attorney

26
     Dated:  September 19, 2013                    /s/ DAN KOUKOL
27                                                 DAN KOUKOL
                                                   Counsel for Defendant
28

STIPULATION RE: EXCLUDABLE TIME; FINDINGS AND        2
ORDER

1

2

3                              **FINDINGS AND ORDER**

4          IT IS SO FOUND AND ORDERED this 19th day of  September, 2013

5

6

7

8

9                                        _____
                                         Troy L. Nunley
10                                       United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28